JAMES DOUGLAS #H64600
PELICAN BAY STATE PRISON
SHU D/2/212
P.O. BOX-7500
CRESCENT CITY, CA 95531
IN PRO SE

FILED
08 JUN 30 PM 1:48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES DOUGLAS,
    PLAINTIFF,
V.
R.S. MARQUEZ, IGI/SSU, ET. AL
    DEFENDANTS.

NO. C 07 5380 PJH (PR)

MOTION TO PROCEED IN FORMA PAUPERIS

THE ABOVE PLAINTIFF MOVES THIS COURT OF AN ORDER GRANTING HIS MOTION TO PROCEED IN FORMA PAUPERIS. THIS APPLICATION IS BASE ON THE FACTS SETFORTH IN THIS PLAINTIFF'S ATTACHED DECLARATION.

EXECUTED: 6/22/2008

/S/ James Douglas
    JAMES DOUGLAS

MR. JAMES DOUGLAS # H64600
PELICAN BAY STATE PRISON
SHU D/2/212
P.O. BOX-7500
CRESCENT CITY, CA
95531

CONFIDENTIAL
LEGAL
MAIL

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



MAILED FROM ZIP CODE 95531

9410 0283 3432 0004

U.S. DISTRICT COURTHOUSE
ATTN: MOTIONS CLERK
450 GOLDEN GATE AVE, 16TH FL.
SAN FRANCISCO, CA
94102

6-22-08 c/o Adams

PRISON
SECURITY HOUSING UNIT
UNIT D-2

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.

© USPS 2008