FILED

JUN 30 PM 1:48

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NO. C075380 PJH (PR)

JAMES DOUGLAS,
        PLAINTIFF,

V.

R.S. MARQUEZ, IGI/SSU, ET. AL.
        DEFENDANTS,

DECLARATION
IN SUPPORT OF
MOTION TO PROCEED
IN FORMA PAUPERIS

## DECLARATION OF JAMES DOUGLAS

I, JAMES DOUGLAS, DECLARE AS FOLLOWS:

1. THAT I AM THE PLAINTIFF IN THE MATTER OF DOUGLAS V. R.S. MARQUEZ, ET. AL. CASE NO. C075380 PJH (PR)

2. I HAD HOPED THAT THIS COURT WOULD HAVE GRANTED MY MOTION FOR APPOINTMENT OF COUNSEL TO ASSIST ME WITH MY DISCOVERY. WHERE PRIVATE COUNSEL WOULD BE IN A BETTER POSITION TO OBTAIN AFFIDAVITS FROM THE CASTILLO ATTORNEYS (CASTILLO V. ALAMEIDA JR. ET. AL. CASE NO. C942847 MJJ-JCS) WHOM NEGOTIATED THE SEPTEMBER 2004 CASTILLO SETTLEMENT AGREEMENT, CODEFYING THE PROCEDURES GOVERNING VALIDATIONS OF GANG MEMBERS AND ASSOCIATES. WHERE ARGUABLY THE SOURCE ITEMS USED IN THIS PLAINTIFF VALIDATION DID NOT MEET CDC'S STIPULATION IN THE CASTILLO SETTLEMENT AS "GANG ACTIVITY" UNDER CCR TIT 15 3000 AND 3023

3. THIS PLAINTIFF MOTION FOR APPOINTMENT OF COUNSEL BEEN PENDING BEFORE THIS COURT SINCE OCTOBER 2007. AND BASED ON THIS PLAINTIFF BELIEF WHICH HE DO NOT FORESEE THIS COURT GRANTING HIS MOTION FOR APPOINTMENT OF COUNSEL. HE MOVES THIS COURT TO GRANT HIS MOTION TO PROCEED IN FORMA PAUPERIS.

I, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED DATED: 6/22/2008

/s/ James Douglas
JAMES DOUGLAS