UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES DOUGLAS,

    Plaintiff,                 No. C 07-5380 PJH (PR)

  vs.                                **ORDER OF DISMISSAL**

R. S. MARQUEZ, et al.,

    Defendants.

      This is a civil rights case filed pro se by a state prisoner. The court ordered plaintiff to show cause why this case should not be dismissed as barred by *Heck v. Humphrey*, 512 U.S. 477, 486-487 (1994), and later twice extended the time to do so. The most recent extension expired on June 29, 2009, but plaintiff has not filed a response. Because it appears on the face of the complaint that it is barred by *Heck*, and because plaintiff has not shown anything to the contrary, this case is **DISMISSED** without prejudice. The clerk shall close the file.

      **IT IS SO ORDERED.**

Dated: July 13, 2009.

                                                      PHYLLIS J. HAMILTON
                                                      United States District Judge

G:\PRO-SE\PJH\CR.07\DOUGLAS5380.DSM.wpd